IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RANDY M. PARTEE                                                                                            PLAINTIFF

v.                                        Case No. 3:12-CV-03107

BAXTER INTERNATIONAL INCORPORATED
and BAXTER HEALTHCARE CORPORATION                                       DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' decision to deny benefits is AFFIRMED, Plaintiff's claim is DENIED, and this case is DISMISSED WITH PREJUDICE, with the parties instructed to bear their own fees and costs.

IT IS SO ORDERED this 22nd day of August, 2013.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE